■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS CORCINO, Appellant. [599 NYS2d 1004] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Marrus, J.), imposed January 28, 1992.

Ordered that the sentence is affirmed (see, People v Kazepis, 101 AD2d 816). Mangano, P. J., Thompson, Lawrence, Copertino and Pizzuto, JJ., concur.